1  MARC MARMARO (Bar No. 85242)
2  mmarmaro@jmbm.com
   JEFFER, MANGELS, BUTLER & MARMARO LLP
3  1900 Avenue of the Stars, Seventh Floor
   Los Angeles, California 90067-4308
   Telephone: (310) 203-8080
4  Facsimile: (310) 203-0567

5  Attorneys for Defendant Religious Technology Center

6

7  ANTHONY J. ONCIDI, SBN 118135
   aoncidi@proskauer.com
8  HAROLD M. BRODY, SBN 84927
   hbrody@proskauer.com
9  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
10 Los Angeles, CA 90067-3206
   Telephone: (310) 557-2900
11 Facsimile: (310) 557-2193

12 ERIC M. LIEBERMAN, admitted pro hac vice
   elieberman@rbskl.com
13 RABINOWITZ, BOUDIN, STANDARD,
    KRINSKY & LIEBERMAN, P.C.
14 111 Broadway, 11th Floor
   New York, NY 10006
15

16 Attorneys for Defendant Church of Scientology International

17            UNITED STATES DISTRICT COURT

18            CENTRAL DISTRICT OF CALIFORNIA

19

20 CLAIRE HEADLEY,                     ) Case No. CV09-3987 DSF (MANx)
                                       )
21           Plaintiff,                ) **DECLARATION OF FRANK K.**
                                       ) **FLINN IN SUPPORT OF**
22     vs.                             ) **DEFENDANTS' JOINT MOTION**
                                       ) **FOR PARTIAL SUMMARY**
23 CHURCH OF SCIENTOLOGY              ) **JUDGMENT**
   INTERNATIONAL; RELIGIOUS           )
24 TECHNOLOGY CENTER; and DOES 1      ) Date:   April 5, 2010
   through 20,                         ) Time:   1:30 p.m.
25                                     ) Judge:  Hon. Dale S. Fischer
           Defendants.                 ) Dept.:  840
26                                     )
   _____ )
27

28

                              - 1 -

6772863v1

**I, FRANK K. FLINN,** declare and state as follows:

## I.  QUALIFICATIONS

1.    I am presently employed as an Adjunct Professor in Religious Studies at Washington University, St. Louis, Missouri, where I teach courses on "Christianity in the Modern World," "New Religious Movements in America," "The North American Religious Experience," and "Introduction to the World's Religion."  In addition, I work independently as a writer, editor, lecturer, and consultant in the fields of theology and religion.  I am a member in good standing of the American Academy of Religion.  A copy of my curriculum vitae is attached hereto.

2.    I received a B.A. in Philosophy in 1962 from Quincy University, Quincy, Illinois; a B. Div. magna cum laude in 1966 from the Harvard Divinity School, Cambridge, Massachusetts; and a Ph.D. in Special Religious Studies in 1981 from St. Michael's College, Toronto School of Theology, Toronto, Ontario. My doctoral studies included an investigation of the rise of new religious movements in the United States and abroad after World War II, with reference to their belief systems, lifestyles, leadership, motivation and sincerity, material conditions of existence, and use of religious terminology.  As part of my doctoral studies I also studied ancient sectarian movements, such as the Qumran community, Orphism, the mystery religions, and medieval religious orders and sectarian movements.  I was a Fulbright Scholar in Philosophy and Ancient Near Eastern Religions at the University of Heidelberg during 1966-67 and a National Defense Foreign Language Fellow (Title VI) in Semitic Languages at the University of Pennsylvania during 1968-69.

3.    In addition to my academic training in religious studies, I have had intensive personal involvement in the religious life as a friar in the Order of Friars Minor, popularly known as the Franciscans.  I entered the Preparatory Seminary when I was 12 ½ years old.  At the age of 18 I took the habit and entered the novitiate for a year of prayer, meditation and silence.  At the age of 19 in 1958 I

- 2 -

took my first, temporary vows of poverty, chastity and obedience. From 1958 to 1962 I studied philosophy and the liberal arts. In 1962 I took final, solemn vows of poverty, chastity and obedience, after which I began my formal study of theology, including the Christian scriptures, systematic theology, ethics, canon law, church history and archeology, etc. The vow of poverty meant that I owned absolutely nothing, not even the clothes on my back. I resided at three different monasteries in Illinois and Ohio and visited many others throughout the Midwest. In 1964 I decided to leave the monastery. I followed all the canonical procedures for a lawful departure and received a dispensation from my vows directly from Pope Paul VI in 1965. I remain a practicing Roman Catholic. As a friar, I experienced a type of religious life setting very similar to what members of the Sea Organization have in terms of study, discipline, and commitment.

4.     Prior to my current position at Washington University, I taught at St. Louis University, St. Louis, Missouri, where I was Graduate Director of the Masters Program in Religion and Education and lectured on "The American Religious Experience" during 1977-79; the University of Toronto, Ontario, where I was Tutor in Comparative Religion during 1976-77; St. John's College, Santa Fe, New Mexico, where I was Tutor in the Great Books Program from 1970 to 1975; LaSalle College, Philadelphia, Pennsylvania, where I was Lecturer in Biblical Studies and the Anthropology of Religion during 1969-73 (summer sessions); Boston College, Chestnut Hill, Massachusetts, where I was Lecturer in Biblical Studies during 1967-68; and Newton College of the Sacred Heart, Newton, Massachusetts, where I was Lecturer in Biblical Studies.

5.     Since 1968, I have written as well as lectured about emerging religious movements in North America and elsewhere during the 19th and 20th centuries, including the Great Awakening, Shakerism, Mormonism, Seventh Day Adventism, the Jehovah's Witnesses, New Harmony, the Oneida Community, Brook Farm, the Unification Church, the Hare Krishna movement, and the Church of Scientology. A

6772863v1

1  list of my published articles, together with books for which I served as general

2  editor, accompanies my curriculum vitae. I have lectured frequently on the subject

3  of new religions at colleges, universities, and professional conferences in the United

4  States, Canada, Europe, Japan, and the Republic of China. I have also given

5  testimony before the United States Congress, the New York Assembly, and the

6  Ohio, Illinois, and Kansas Legislatures regarding various aspects of those traditional

7  religions and present-day new religions of which I have long-term, firsthand

8  knowledge. In various venues and court cases I have submitted opinions and

9  testimony regarding the Holy Spirit Association for the Unification of Christianity

10 (Unification Church), the Church of Scientology, the Hindu Vaisnavites (Hare

11 Krishna), WICCA, the Bruderhof, the Christian Militia, the Anabaptist Amish,

12 Christian Pre-millennialists, the Rastafarians, and others.

13    6.    I have studied the Church of Scientology in depth since 1976, including

14 its vast body of scriptures. Through visits to Scientology Churches and centers in

15 Los Angeles; Gilman Hot Springs, California; Clearwater, Florida; St. Louis;

16 Portland, Oregon; Toronto; and Paris, I have familiarized myself with the day-to-

17 day workings of the religion. I have conducted numerous interviews with individual

18 members of the Church of Scientology and have observed Scientologists engaging

19 in the core religious practices of the denomination. I am also familiar with most of

20 the extant literature on Scientology, ranging from works of objective scholarship to

21 journalistic accounts to partisan commentary, both favorable and unfavorable. On

22 the basis of this comprehensive study, and in the light of my academic background

23 and my continuing professional experience, I have formed the opinions expressed

24 below.

25

26

27

28

- 4 -

6772863v1

## II. THE SEA ORGANIZATION AND ITS ROLE
## WITHIN THE CHURCH OF SCIENTOLOGY.

7. I have been asked to comment on the Sea Org(anization) as a religious order within the broader religion of Church of Scientology. Based on my years of research and experience with Scientology, I take it as a given, including for the reasons stated and described below, that the Church of Scientology is a bona fide religion that includes a system of beliefs, religious practices including rituals and codes of behavior, and an identifiable body of believers who subscribe to and are sustained by those beliefs and religious practices.

### Religious Orders, East and West

#### A. Buddhist Orders of Monks

8. Before I can discuss the Sea Org as a religious order, however, it is necessary first to discuss religious orders, East and West, so that we can get a perspective on the nature and function of these religious institutions within religion in general. There are two basic paradigms of religious orders in history. First is the order of monks and nuns (Pali *bhikkhus* and *bhikkhunis*) founded by Gautama Buddha (ca. 563-483 BCE), following his enlightenment or awakening (*bodhi*). Buddha's first community of believers (*sangha*) was composed first of monks only, then nuns and finally lay followers. The purpose of the religious orders then as now is to preserve, protect and foster the teachings of the Buddha and to spread them throughout the world.

9. The Buddha called his religion the "Discipline of Truth" (Pali *Dhamma Vinaya*) and his monastic rule for men and women is exactly that, a discipline of truth. The chief aim of the Buddhist religion and the central purpose of the religious orders are to take up the quest to obtain releasement (*moksha*) from physical, emotional and spiritual pain for all sentient beings. The Buddha taught the Four Nobles Truths leading to the Noble Eightfold Path. The four truths are (1) all life is conditioned by pain and/or misery (*dukka*); (2) this suffering is caused by craving

- 5 -

1    (*tanha*), desire for evil things or an inordinate desire for good ones; (3) it is possible

2    to become released from this suffering; and (4) the way to releasement is the Noble

3    Eightfold Path.  The Eightfold Path consists in developing and sustaining 1) right

4    knowledge; (2) right attitude or perspective; (3) right speech or truthfulness; (4)

5    right action; (5) right living or occupation; (6) right effort; (7) right mindfulness;

6    and (8) right composure/conduct in all situations.  If one follows these Truths and

7    the Eightfold Path, then one can attain the state of *nirvana*, a term hard to translate

8    but includes ideas such as an integrated personhood, peace of mind, bliss, and,

9    ultimately, total release from the cycle of *samsara*, birth and rebirth in time and

10    space.

11        10.    As with the Western monastic codes, the Buddha developed the rules,

12    protocols, codes of behavior, and punishments on a case by case basis.  The first

13    Buddhist Monastic Code, the *Patimokkha*, contained 227 canons or regulations for

14    men and 331 for women.  It is contained in the *Vinaya Pitaka* ("Basket of

15    Discipline"), the first of the *Tripatakas* ("Three Baskets") that constitute the Pali

16    Buddhist Canon of scripture.  This code, first developed within the Theravada

17    tradition, later became the model for all subsequent codes in the Mahayana

18    traditions in Tibet, China, Korea and Japan.

19        11.    Buddhist monks take vows to live a life of austerity and modesty, to

20    chant and to meditate for several hours a day.  Specifically they vow to abandon 10

21    activities that would prevent them from fulfilling the Eightfold Path: (1) killing with

22    intent; (2) stealing; (3) sexual relations; (4) lying; (5) taking intoxicants of any kind;

23    (6) singing, dancing, playing music (in a secular context); (7) using perfume or

24    wearing body ornaments; (8) sitting on thrones or lying on fancy beds; (9) eating

25    after midday (the time varies in other traditions); and (10) handling gold or money.

26    Mahayana Buddhist monks and nuns also take the "vow of the Bodhisattva,"

27    promising out of compassion to save all suffering sentient beings, though they be

28

6772863v1

1  numberless and the effort to save them would take billions of years (see below, para.

2  30).

3      12.    The strict discipline within the monastery preserves the harmony of the

4  community so that the teachings of the Buddha can be held aloft within and carried

5  authentically to the laity outside.  Likewise there are strict rules of conduct when

6  relating to the laity and general public.  Monks and nuns are the standard bearers of

7  the Buddhist religion.

8      13.    Prior and subsequent to ordination Buddhist monks and nuns undergo

9  intensive training in regard to all aspects of the teaching of the Buddha, the monastic

10  code, as well as psychological, philosophical and metaphysical learning.  The last

11  mentioned is especially comprehensive in Tibetan Buddhism.  The rules of the

12  monastic life are all encompassing.  They govern how and where one is to sleep,

13  which robes to wear and what they are to be made of, the comportment of oneself

14  both within and outside the monastery, what medicines to use and how to administer

15  them, how to seek alms, and what punishments are to be meted out for breaking the

16  rule.

17      14.    In Theravada Buddhism there are two types of rule infractions.  The

18  first, called *parajika* (Pali "defeat") are serious.  They include (1) intentional

19  murder; (2) sexual intercourse; (3) theft; and (4) claiming a higher grade of

20  enlightenment than what one has truly attained.  The last injunction shows that

21  monastics have grades of meditation and enlightenment to which they aspire and

22  about which they are obliged to be totally truthful.  Nuns have 4 more *parajikas* to

23  avoid, mostly dealing with sexual relations.  Should a person engage in these, that

24  person would be "defeated" from the *sangha* permanently and have to wait at least

25  until the next lifetime to resume the path to enlightenment.  See Exhibit 126:

26  Thannissaro Bikkhu, *Bhikkhu Patimokkha/ The Bhikkhus Code of Discipline*,

27  pp. 2-6.

28

- 7 -

1    15.    The second type of infraction is called *sanghadisesa* (Pali "communal

2    offense").  It includes a variety of lesser sexual infractions, falsely accusing fellow

3    monks or nuns, and inciting schism.  Under this category the community sits in

4    judgment on the offender and, depending on the case, either imposes a penance for

5    improvement or expels a repeating offender.  The procedural regulations are very

6    elaborate.  The types of infractions include sexual matters (masturbation; intercourse

7    while under monastic vow; solicitation of personal alms for self or others); building

8    a meditation hut with private donations and without approval of the *sangha*; bearing

9    false witness against a fellow monk or nun; and inciting or supporting a schism

10   within the community.  See Exhibit 126, pp. 3-4, no. 10.  There are numerous

11   handbooks and commentaries dealing with all types of infractions and remedies.

12   16.    There are also procedures and regulations for monks who simply want

13   to depart the religious order while maintaining spiritually harmonious relations with

14   the *sangha*.  It is common for young men and women in the Theravada tradition to

15   become monks or nuns for a period of a month or more and then go out and resume

16   their lives in the secular world.  The period they spend in the monastery gives them

17   a "toehold" on releasement and enlightenment for their later lives.  They depart from

18   the monastery in a regular and orderly manner that respects the ideals of the

19   religion.

20   17.    Buddhist monks and nuns live in close and guarded quarters.  There are

21   portals for entering and exiting.  As with Christian monks and nuns, a member must

22   seek a superior's permission to leave the monastery and is obliged to report in on

23   returning.  As is clear from the Bikkhu's Code of Discipline, every aspect of the

24   member's life—dwelling, periods of study and meditation, food, clothing, manner of

25   begging, contact with nuns and lay people, food, medicines, etc.—is closely

26   supervised and monitored.  Should a member take flight in untoward

27   circumstances—whether having committed a serious infraction as in paragraphs 14

28   and 15 above, or simply depart in an unvetted manner—their fellow monks and nuns

- 8 -

1  would seek to bring them back to straighten matters out in a canonical manner.  The

2  reason is simple to the believer:  to simply "cut and run" would be to expose oneself

3  to the frightful condition of foregoing *moksha* in this lifetime.

4    18.    Buddhist monasteries accrue income in various ways.  Much money

5  comes in through alms.  Many derive significant income from funerals and

6  memorials and other rituals in honor of ancestors.  Some produce rosaries and other

7  holy objects such a small statues of the Buddha, incense burners, prayer flags, and

8  other sacred utensils for sale to the faithful.  Japanese monasteries also produce tea

9  and other products to support their way of life.  But almost all monasteries in all the

10  traditions are deeply involved in copying or printing their scriptures for their own

11  use or to be sold to other monastic foundations or to devout outsiders (see Exhibit

12  127, Sera Monastery).

13    19.    What is important, however, is to see that monks and nuns in religious

14  orders see all aspects of their lives as contributing to their mission of obtaining

15  releasement from craving for themselves and preserving the ideal of enlightenment

16  for the laity at large.  Even humble tasks—such as weeding the garden, baking

17  bread, sweeping the monastery paths, cleaning the latrines—are understood in a

18  religious way.  These ordinary duties contribute to the monastic's developing

19  attitudes of humility, modesty, and obedience, without which their progress in the

20  stages of meditation leading to enlightenment and the spread of the Buddhist ideal

21  would be impaired or thwarted.

22

## B.    Christian Monastic Religious Orders

24    20.    Christian monastic religious orders developed from the religious desire

25  to imitate the life of Jesus Christ.  At the end of the 3rd century and later the form of

26  imitation took on a particular ascetic direction.  Monks in Upper Egypt sought to

27  imitate Jesus' sojourn in the desert (Matthew 4:1-11; Mark 1:12-13; Luke 4:1-13)

28  during which he fasted, prayed and suffered and overcame temptations from Satan.

6772863v1

1  The first monks, and nuns associated with them, are called eremites (from the Greek

2  *eremos* "desert") who lived a life of celibacy, fasting, prayer and meditation in

3  solitary caves, coming together only to celebrate the Eucharist on Sundays. St.

4  Anthony of Egypt (ca. 251-356) is the model of the eremitical monk.

5       21.    In the second phase, monks and nuns in separate monasteries, started to

6  live together. This form of monastic religious orders was called cenobitic (from the

7  Greek *koinos* "common" + *bios* "life") and describes those who came together to

8  share a common life in imitation both of Jesus with his disciples and of the early

9  Christian church whose members shared all things, including their possessions (Acts

10  4:32). Soon the communal monks and nuns developed rules that shaped the pattern

11  of their communal life. They gathered in common monasteries under the spiritual

12  supervision of an abbot or abbess. The first known rule was formulated by St.

13  Pachomius of Egypt (ca. 292-348). He was visited by St. Basil of Caesarea in

14  Cappadocia (330-379) who adapted Pachomius's rule for his *Asetikon*, the model

15  rule for Eastern Christianity to this day. Basil's rule, in turn, became the pattern for

16  the *Rule of St. Benedict*, formulated by St. Benedict of Nursia in Italy (480-547).

17  Benedict's rule, in turn, became the paradigm for all subsequent rules of religious

18  orders and religious societies in western Christianity. St. Pachomius' rule is still

19  fully in effect and is observed by the Coptic monks of the White Monastery in

20  Egypt, the oldest in Christendom, and other Coptic monasteries in other countries.

21  The rule of St. Basil is also in full effect in the monasteries of Mt. Athos in Greece

22  and throughout the Eastern Orthodox world. The same holds for the Rule of St.

23  Benedict which is observed directly by Benedictines throughout the world and

24  indirectly by the many Catholic religious orders whose rules were modeled on that

25  of St. Benedict.

26       22.    There were various types of monastic institutions. Some were

27  segregated by gender. Some include both people of both genders who lived in

28  separate facilities but came together for special feast days and celebrations. Others

- 10 -

6772863v1

1  included wings for monks, nuns and married members.  An example of the last is

2  Celtic Christian monasticism, which prevailed in Ireland, Wales, Scotland and

3  Brittany until the Synod of Cashel in 1172.

4      23.    The *Rule of St. Benedict* can be summarized in the phrase *Ora et labora*

5  ("Pray and do physical work!").  The rule requires members to take vows of

6  chastity, obedience (to the abbot or abbess), and (personal) poverty.  It covers all

7  aspects of the monastic's life:  clothing, food, sleeping, praying and singing,

8  ordination, offices within the monastery (abbot/abbess; provost; deans, cellarer;

9  etc.); correcting errors and excommunication, etc.  These rules are very similar to

10  Buddhist monastic rules.  Not all Christians religious orders or societies take the

11  same type of vows, but all commit themselves to rules of prayer, meditation, fasting,

12  and conduct.  The Society of Jesus, commonly known as the Jesuits, take the three

13  vows of poverty, chastity and obedience and also a fourth vow to go anywhere in the

14  world the pope chooses to send them.

15      24.    Under the heading of *ora* ("Pray!"), Benedictine monks and nuns are

16  required to recite or sing the hours of the Divine Office (Matins, Lauds, Terce, Sext,

17  None, Vespers, and Compline) in accord with Psalm 119:164: "Seven times a day I

18  praise you for your righteous laws."  See Exhibit 128: *Rule of St. Benedict,* Chapter

19  16, p. 31.  These prayers are accompanied by periods of meditation on themes from

20  the Bible and spiritual writings.  Monks and nuns are also expected to study not only

21  the Bible but other liberal arts and philosophy which will enhance their theological

22  knowledge and devotional life.  This type of study parallels Buddhism very closely.

23      25.    Under the heading of *labora* ("Work!"), monks and nuns engage in

24  both hard physical and mental labors as disciplines conducive to the spiritual life

25  (*Rule*, Chapter 46).  In the first rank was the copying, binding and transmitting of

26  texts of the Bible, theological and philosophical writings which aid in understanding

27  and interpreting the Bible, and the *Rule* itself.  One of the hand-copied codices of

28  the Septuagint Greek Bible, called *Codex Sinaiticus* (date: ca. 350), was produced in

6772863v1

a monastery in the East, probably Caesarea in ancient Palestine, and preserved at the Greek monastery of St Catherine at Mt. Sinai. So far as we know, almost all the codices, translations and copies of the Bible had a monastic provenance. Today religious orders keep tight controls over all publications that deal with their rule, theology and other teachings specific to the order. All official religious publications must carry an ecclesiastical *nihil obstat* ("Nothing stands in the way" of the writing to be published) and an *imprimatur* ("It may be printed") officially granted by the abbot, abbess or other head of the religious order. Similarly all official religious publications as so monitored and controlled either by the bishop of a diocese, or conference of bishops, or the Roman Catholic pope in Rome or the Eastern Orthodox Ecumenical patriarch in Istanbul (Constantinople). A celebrated monastic press which prints the religious treatises of the Benedictine order today is St. Meinrad Abbey Press, a subsidiary institution of St. Meinrad Abbey in St. Meinrad, Indiana. The St. Meinrad Press, like the presses of other religious orders, employ members of the order, who receive no wages, and outsiders with special expertise, who are paid according to prevailing wage scales.

26.    During the Middle Ages monasteries and nunneries spent endless hours creating illuminated manuscripts of the Bible, massive tapestries showing dramatic biblical scenes, and designs for the sculptures and stained glass windows gracing countless cathedrals from Sicily to England. As examples, one needs only to mention the Book of Kells, now housed in the manuscript collection of Trinity College, Dublin; the Bible Tapestry, showing typological scenes of the Old Testament pointing to the New Testament, housed in the Burrell Collection, Glasgow Scotland; and Chartres Cathedral. To the illiterate commoners of the times these images were, as numerous historians of religious art have described them, the "Bible in Stone, on Parchment, and in Colored Glass." This type of activity looks like "labor" in the secular meaning of the term, but to the devout monk or nun this was holy work and as fully a part of the *Opus Dei* or "Work of God," to use the

- 12 -

1    phrase of St. Benedict, as chanting the Divine Office of the Hours, or praying and

2    meditating.

3        27.     Monastic life included and still includes tending fields, breeding

4    different varieties of animals, running mills on streams and rivers for the benefit of

5    the monastery and surrounding lay farmers, developing new types of ploughs and

6    farm machinery, and making vestments (chasubles, dalmatics, etc.) and sacred

7    vessels (chalices, patens, censors, etc.) for religious ceremonies, and making

8    religious objects such as icons, images, rosaries, and crucifixes.  This form of labor

9    was and is seen as integral to the full spiritual life of each monk or nun.

10       28.     As with the Buddhist monastic codes, the *Rule of St. Benedict* has

11   detailed steps for disciplining and excommunicating or readmitting erring monks

12   and nuns who have fallen away from the rules of the order.  See Exhibit 128: *Rule of*

13   *St. Benedict*, Chapters 23-28, pp. 36-39.  The punishments include kneeling with

14   outstretched arms for long periods, silencing, mortification by self-flagellation with

15   a whip or wearing a hairshirt, solitary meals, physical discipline, and, as a last

16   resort, outright expulsion, but care of the soul of the errant one is held uppermost

17   according the prescriptions found in the New Testament.  An excommunicated

18   member is understood to be one who foregoes salvation and risks the fires of an

19   everlasting hell.  Members who associate with an excommunicated member without

20   direction of the abbot or abbess are liable to receive the same punishment.  See

21   Exhibit 128: Chapter 26, p. 38.  Disciplining takes place during the "chapter,"

22   traditionally held in chapter houses.  They are called "chapters" because the sessions

23   supervising the order of the monastery and regulating the conduct of were preceded

24   by the reading of a chapter from the rule of the order.  During chapter the monks or

25   nuns settle the affairs of the daily life in the monastery, including the public

26   confession of sins and infractions against the rule.  Sinning members are usually

27   sent before special supervisory committees of other monks or nuns who determine

28   what sort of discipline or punishment befits the offense.

6772863v1

29.     As in Buddhism, members of Christian monasteries and religious orders may leave the order in legitimate and harmonious ways.  As Roman Catholic monks and friars take solemn, as opposed to regular or temporary vows, they must first obtain what is called a dispensation (from their vows) from the Vatican itself. They maintain their good relation with the official church provided that they observe proper procedures in exiting, wait until the dispensation is finalized according to canonical regulations, and do not heap scorn on their mother church.  If they fail to fulfill these precepts they are liable to censure, interdict (an exclusion from all sacraments such as Marriage, Reconciliation [Confession], the Eucharist and Anointing) and/or excommunication, a total separation from the church and its fellowship.

### C.     The Sea Organization

30.     The Sea Organization, or "Sea Org," of the Church of Scientology had its genesis among the small group of Scientologists who accompanied Scientology's founder, L. Ron Hubbard (1911-1986), on his extended sea voyages beginning in 1967.  It was during these voyages that Mr. Hubbard undertook to develop the spiritual advanced Operating Thetan (OT) levels of the auditing process.  These deeply dedicated Scientologists who witnessed Mr. Hubbard religious labors formed the Sea Organization by taking vows of service for a billion years in order to signify their commitment to the Church of Scientology and its mission.  The billion-year vow of the Sea Organization member parallels almost exactly the Vow of Infinite Compassion of the one who undertakes to become a Bodhisattva in Mahayana Buddhism: "The Boddhisattva resolves:  I take upon myself the burden of all suffering . . .  I must rescue all these [sentient] beings from the stream of Samsara [cycle of rebirth resulting from performing bad deeds] . . .  I am resolved to abide in each state of woe for numberless aeons; and so I will help all beings to freedom, in all states of woe that may be found in any world system whatsoever."  Quoted from

- 14 -

Edward Conze, ed., *Buddhist Texts through the Ages* (New York: Harper & Row, 1954), p. 131. This text conforms to Scientology belief not only terms of cosmology (many universes or galaxies), but also in terms of length of the Sea Organization vow (countless aeons of time) as well as the ultimate spiritual goal (freedom).

31. This pattern in the history of the Church of Scientology parallels the formation of the first monastic *sangha* around Gautama Buddha, the first monks who followed St. Benedict, and the first Jesuit community that formed around St. Ignatius of Loyola (1491-1556). Religious orders take it upon themselves to follow the teachings of their religions in an exemplary way. As the Dominicans and Franciscans state it, they choose the path leading to perfection.

32. Members of the Sea Organization commit themselves wholeheartedly and eternally to fulfill the Creed of Scientology: to uphold the rights of humans, including their spiritual right to sanity and to affirm the basic goodness of humankind and the overarching goal of survival which is closely connected with the salvation of the spirit. See Exhibit 115 (attached to the McShane Declaration) at 728-729: *The Creed of Scientology*. The path to survival is, first, clearing the planet of all engrams, those negative impacts and injuries in people's lives that war against survival, and to raise as many people as possible to their full spiritual potential, a state that Scientologists call Operating Thetan (OT), someone who has mastery over matter, energy, space and time.

33. The term "survival" within the religion of Scientology is the equivalent, comparative theological idea to what Buddhists call *moksha* or "releasement" and to what Christians call "salvation" or "redemption." To the Scientologists, survival plays out on the levels of the Eight Dynamics: (1) the urge to existence as an individual self; (2) the urge to sex and family; (3) the urge to existence in wider social groups; (4) the urge to existence as humankind itself and not just as a group or nationality; (5) the urge to existence as part of the animal kingdom and not just as a

- 15 -

6772863v1

1  genus or species within nature; (6) the urge to existence as the physical universe

2  (matter, energy, space, and time); (7) the urge to existence as spirit, which

3  Scientologists call Thetan; and (8) the urge to existence as Infinity or God.  See

4  Exhibit 115 at 153-155: *The Eight Dynamics*.

5      34.    Scientologists believe that the only way that survival on all Eight

6  Dynamics is to be achieved is for people on this planet to be rid of engrams so that

7  they can become fully Operating Thetans in the service of saving humankind and

8  the planet itself.  The only way for that to happen is for as many people as possible

9  to get training and auditing.  Within Scientology the group that dedicates itself

10 spiritually "24/7" to ensure that the key, essential religious goals and processes of

11 Scientology are preserved, protected, continued, published and missionized to the

12 world is the Sea Organization.  The Sea Organization is vital to the survival of

13 Scientology as a world religion.

14     35.    Because the Sea Organization plays such a key theological and

15 ecclesiastical code within the Church of Scientology, members of the Sea

16 Organization subscribe to *The Code of the Sea Org Member* that contain promises

17 and commitments fully in accord with the types of vows taken by Buddhist and

18 Christian monks and nuns.  See Exhibit 113 (attached to the Cartwright

19 Declaration): *The Code of a Sea Org Member*.  A vow is simply a solemn way of

20 giving a religious promise.  Those promises include trying to realize the Eight

21 Dynamics for the greatest good and the greatest number of people; to provide the

22 training and auditing technology as ethically possible within Scientology; to provide

23 the proper leadership to all other Scientologists by the exact use of the training and

24 auditing technologies in Dianetics and Scientology; to exhibit an example of service

25 to others; to show fitting conduct and an elevated work-ethic; to  hold fellow Sea

26 Organization members accountable; and, to protect the Sea Organization from false

27 attacks and to persevere.  This level of commitment is typical of religious orders

28 throughout history.

6772863v1

36.     Today members of the Sea Organization number more than five thousand (5,000+) worldwide.  Because of their special mission within Scientology they supervise training and auditing at all levels and directly minister the upper levels of training and auditing.  Members of the Sea Organization, because of their vows to keep and foster the authentic teachings of the Founder, L. Ron Hubbard, hold the key leadership and staff positions in the major Scientology Church divisions, including the Religious Technology Center (RTC) and the Church of Scientology International (CSI).

### a.  Communal Life

37.     Members of the Sea Organization share a communal life.  They berth together in small groups or as married couples.  They share common meals. Together they do training and auditing, the central sacraments of Scientology, to advance up the Bridge to Total Freedom.  They study the Scientology scriptures and rules of the Sea Organization together.  They hold and attend ceremonial celebrations together.  They wear a common uniform.  They also take recreation together as a group.  All of these type of religious activities Scientology shares with members of religious orders around the world.  This spiritual communal life allows the Sea Organization to fulfill its high religious mission, the preservation and transmission of the teachings of L. Ron Hubbard and the careful and exact preservation and delivery of the training and auditing technology.

38.     As is clear from para. 3 above, I myself lived the monastic life for six years.  The communal berthings, meals, religious activities of the Sea Organization I observed both in Hollywood in 1998 and at the Scientology International Base at Gilman Hot Springs in 2009 exactly parallel my experience as a Franciscan friar.  I had meals in common; studied the Bible, the rule of the order and other theological treatises with my fellow friars at the same time, prayed the Divine Office in common, and wore the traditional habit of the Franciscan order.  If the observation

- 17 -

1   may be allowed, the Sea Organization accommodations, while by no mean

2   luxurious, were definitely more commodious than those I experienced as a friar.

3       39.    There is one other thing the Scientology Base at Gilman Hot Springs

4   shared with the monasteries I lived in.  Most Christian monasteries were

5   traditionally surrounded by cloistered walls.  The term cloister in Latin is *claustrum*

6   and means simply enclosure, a word also derived from the same Latin term.  The

7   purpose of these walls was to keep intruders out and to preserve the sanctity of the

8   cloistered religious life within.  While I was in the monastery, I needed permission

9   of the religious guardian to go beyond the cloister and had to report in upon my

10  return.  Every major aspect of my life was governed by rules of the order and

11  regulations of the particular monastery I was in, just as described above in para. 17.

12  To the outsider, it might seem that I lived in a "prison-like" environment, but I had

13  chosen that way of life to seek out my salvation as a friar and I freely accepted the

14  circumstances.  There is no doubt that there were psychological and social

15  constraints to stay within.  But I could leave, even though that would (and did) mean

16  that I would be on my own with few resources.  I chose to leave in an orderly and

17  canonical manner, so my departure was not traumatic; but I also could have "lept

18  over the wall" as others did.  In my tour of the International Base at Gilman Hot

19  Springs I observed the exact same type of situation.  There are pressures for people

20  not to leave, but if they are so determined they can do so.  Just as some might claim

21  the monastic constraints I lived under were "prison-like," so others might claim

22  rules surrounding Sea Organization members thwart their freedom.  But members

23  can and have left the Sea Organization in the same manner that members of

24  Buddhist and Catholic religious orders can and have left their monasteries.

25                  **b.  Golden Era Productions**

26      40.    Golden Era Productions is located at what Scientologists call the

27  International Base or the Gold Base at Gilman Hot Springs.  As the Salvation Army

28  uses land army titles and imagery to describe their combat with social and spiritual

6772863v1

evils in society, so Scientology uses nautical terminology, in keeping with L. Ron
Hubbard's experience with the sea as a U.S. naval officer and his conception of the
spiritual journey as a voyage across space and time. The center at Gilman is thus a
"base." It houses offices for Religious Technology Center and Church of
Scientology International, including Golden Era Productions.

41.    Gold is presently responsible for four types of productions and
publicity. First, it produces the films, audio tapes and DVD's used for religious
training and auditing and for disseminating the faith of Scientology. Second, Gold
houses sophisticated facilities for preserving and restoring the videos and tapes of L.
Ron Hubbard, the founder of Scientology and ultimate Source of all Scientology
teaching, for eventual distribution. Third, Gold houses the facilities for translating
and reproducing CD's, DVD's, and tapes for Scientology's missionary work around
the world. Fourth, Gold produces other promotional and public service materials for
the use of the Church. Gold also houses the facilities for the production of the E-
Meters (electro-galvanometers) for use in training and auditing.

42.    All the organizations, productions and activities at Gold described in
para. 41 and observed by me are religious in nature. In fact, they are remarkably
similar to the organizations, productions and activities which I participated in or
observed when I was a friar.

43.    The Religious Technology Center owns all the trademarks to
Scientology religious writings, including Dianetics. Its mission is to oversee the
faithful and eternal preservation, transmission and application of all Scientology
doctrine and practices contained in the written and recorded words of L Ron
Hubbard. Scientology strives to do that as exactly and painstakingly as possible
since the Church believes that the survival of the universe on all Eight Dynamics
vitally depends upon the precise, correct application of the auditing technology. The
mission and function of the Religious Technology Center is vital to the Church of
Scientology. The members of the Church sincerely believe that the sane functioning

6772863v1

1  not only of themselves but of all other people on the planet hangs upon this

2  meticulous preservation and application of Scientology training and auditing

3  technology.  In this function, the Religious Technology Center parallels exactly the

4  function of the Congregation for the Doctrine of the Faith in Roman Catholicism.

5  The purpose of that ecclesiastic congregation is to oversee the official publications

6  and teachings of the Catholic Church and to correct and discipline those it deems as

7  heretical or whose teaching is inexact doctrine.

8       44.    In her testimony Ms. Headley attempts to draw a distinction between

9  auditing, which she acknowledges is a spiritual practice, and her other

10  responsibilities while a member of RTC involving practices, such as cramming,

11  correction, and security checking, that she states were "police" functions.  As to the

12  latter, Ms. Headley admits that the practices are Scientology practices and part of

13  the Scientology belief system, but claims they are not "religious."  However, by

14  Scientology's own self-understanding, the central purpose of all of the Religious

15  Technology Center's activities is to guarantee that all forms of auditing are properly

16  delivered and that the standardness of the religious technology, as laid down

17  by Founder L. Ron Hubbard, is faithfully adhered to, insuring that the religious

18  doctrine and practice is maintained in an orthodox manner.  The Religious

19  Technology Center in carrying out these functions is an almost exact parallel to the

20  Roman Catholic Congregation for the Doctrine of the Faith, which was directed by

21  Pope Benedict XVI before he was elevated to the papacy.  That religious office

22  conducts examinations, testings, and trials of religious writings and practices of

23  Catholic religious, theologians and lay people to maintain that those writings and

24  practices conform to the scripture (the Bible) and tradition of the church, including

25  its creeds, councils, and papal decrees.  This is a form of "sec[urity] checking"

26  almost identical to Scientology practice.  Neither Roman Catholicism nor

27  Scientology believe that this form of supervision is "policing" or "investigation" in

28  the secular or civil sense of those terms, but the chief means of preserving the

6772863v1

1  orthodoxy of their doctrines and the conformity of their practices to those doctrines.

2  No one questions that all religions of the world have a right to preserve their

3  doctrines and practices and keep them up to an orthodox standard.

4      45.    This exactness in both Scientology and Roman Catholicism—which

5  often seems "obsessive" to the hostile or indifferent observer—is common to most

6  organized religions of the world.  The Latin term *sacer* means something is both

7  "holy" and "dangerous" at the same time.  For example, the Ancient Greeks

8  believed that if you did not conduct funeral rituals precisely in the right order,

9  saying the prayers exactly as handed down, and offering just the right sacrifices in

10  the right manner and sequence, there ensued a serious danger that the soul of the

11  deceased would not cross over to the Isles of the Blessed but wander on this earth

12  perpetually haunting or even harming the living.  The Roman Catholic Church

13  publishes what is called *The Roman Ritual* which details precisely how rites and

14  ceremonies are to be conducted.  Failure to follow the formula precisely for a

15  ritual—for example, baptizing someone with flowing water while pronouncing the

16  precise formula "I baptize you in the name of the Father, the Son and the Holy

17  Spirit" —can render the rite  completely invalid and ineffective.  The same criterion

18  holds for how Scientology and Sea Organization members think and act in regard to

19  their training and auditing technology.  It must be published and applied in a

20  precisely accurate manner.  Otherwise the clearing of a person of an engram or the

21  move up to the next auditing level on the Bridge is ineffective and invalid.

22              **c.  Scientology Video and Audio Materials**

23      46.    The same principle of care and exactitude applies to the video and

24  audio productions.  In his lifetime L. Ron Hubbard began the video and audio

25  projects for promoting and delivery the proper technology for Dianetics and

26  Scientology.  Today Golden Era Productions is simply fulfilling the mission given

27  to it by the Church's founder.  The studios, equipment and facilities at Gold serve

28  the original purpose and mission of the founder.

- 21 -

6772863v1

#### d. E-Meter

47.    The same principle applies to the production of E-Meters at Gold.  To an indifferent outsider the E-Meter appears as an electro-galvanometer for testing electric reactions in the palms.  To the Scientologist, the E-Meter is what religions around the world call a sacramental.  In Scientology training and auditing are the key sacraments.  Objects used in assisting training and auditing—most especially the E-Meter—are sacramentals.  The E-Meter is fully comparable to the sacred utensils and vestments used in Roman Catholicism (chasubles, chalices, monstrances, patens, censors, etc.) or in Buddhism (incense burners, hand cymbals, mandalas, diamond Vajra scepters, etc.).  To Scientology, the use of the E-Meter is essential to ensure that the technology has been delivered precisely and exactly as L. Ron Hubbard determined in his writings and communications.

48.    To the skeptic, the consecrated bread and wine in the Roman Catholic Eucharist is just chemical wine and bread over which someone said prayers.  To the devout Roman Catholic and Eastern Orthodox communicant, that bread and wine are the Body and Blood of their Savior.  To the skeptic, the E-Meter is measuring electrical charges given off by sweat in the palms of the hands.  To the devout Scientologist the E-Meter is indicating spiritual states of the soul—whether an engram or other impediment remains or whether the person is free to proceed upward to the next spiritual stage on the Bridge to Freedom.

### III.    THE HEADLEYS ALLEGATIONS IN THE CONTEXT
### OF COMPARABLE RELIGIOUS EXPERIENCES

49.    I have read the complaints filed by Mark and Claire Headley in these cases, and the allegations they have made and testimony they have given about their alleged experiences as Sea Org members assigned to positions in Golden Era Productions and the Religious Technology Center.  The experiences they allege and describe are similar and analogous to those that exist in religious orders of other religions, and to those I experienced as a member of the Franciscan Order.

- 22 -

6772863v1

50.    As noted above, many religious traditions have resorted to spiritual

disciplines in order to indoctrinate members into the higher stages of spiritual life or

to correct the erring believer.  Those disciplines historically have included such

procedures as ecclesiastical inquiries, formal admonitions, judicial decisions,

penances (prayer, fasting, silence, seclusion, physical labor, etc.), suspension,

dismissals, and, as a last resort, expulsion and excommunication.  Like most other

religions the Church of Scientology has procedures for handling errant members.

The procedures are contained in the various Policy Letters and Flag Orders issued

by L. Ron Hubbard.

51.    As a scholar of religions around the world I can attest that the methods

of discipline in the Sea Org, as alleged by Mr. and Ms. Headley (assuming for the

moment the truth of their testimony), are standard and unexceptional religious

practices.  I can also attest that I myself experienced many similar disciplines when I

was a member of the Order of Friars Minor (Franciscans) from 1958-64.  The main

forms of discipline deserve specific comment.

52.    The Headleys claim that they had limited communication with the

outside society.  Their testimony shows that their communications with the outside

society were far more extensive than those permitted under the rules of cloister

practiced by many Christian religious orders and by Buddhist monks in Japan and

elsewhere.  Discalced Carmelites, for example, are forbidden all contact with the

outside world after they freely enter the order.  When I went through novitiate (the

first year entry) in the Order of Friars Minor I had minimal contact with the outside

world and that only with explicit permission of my novice master.  At times when

members of religious orders go on spiritual retreats they are secluded from worldly

contact.  Religious orders of nuns such as the Poor Clares severely restrict access to

the member of the order even by family members, who are allowed to visit only

three or four times a year and whose visits are limited to two hours at the most.

Cloistered nuns can have no direct physical contact with family members and must

- 23 -

6772863v1

1  speak with them through obscuring screens.  Furthermore, Catholic errant members

2  of religious orders and of the clergy, including those who fall prey to alcohol and

3  drugs, are sent into *retiro*, or rehabilitative seclusion, until such time as they are

4  healed and can resume their duties.  To the extent that Sea Org members undergo

5  limited seclusion from the world during a rehabilitative period accords with general

6  religious practice throughout the world.  Nothing Ms. Headley describes in this

7  regard deviates from ordinary religious practice.

8       53.   Ms. Headley claims that she was threatened with and subjected to

9  menial tasks and "hard labor"as discipline for departure from the rules of the Sea

10  Org and the Church.  Yet the rules of all Christian religious orders require that the

11  monks, friars, brothers and nuns take vows of obedience, and a spiritual demeanor

12  of humility is central to that vow.  In order to practice humility, members of

13  religious orders are frequently required to perform lowly tasks and physical labor

14  that would appear demeaning and degrading to outsiders.  As a Franciscan friar in

15  training to become a priest, I cleaned latrines, peeled potatoes, hoed the garden,

16  pulled weeds from sidewalk cracks, washed and folded laundry, and swept

17  corridors.  One can find exhortations to humility in the Rule of St. Benedict, Chapter

18  7.  The Benedictine spiritual motto is *Ora et labora* ("Pray and do physical labor!")

19  and that includes the most humble tasks equally for the lowliest of novices to the

20  most exalted of abbots.  In Japanese Zen Buddhist monasteries those who aspire to

21  *satori* (enlightenment) are often required by their spiritual masters to perform

22  repetitive and seemingly utterly meaningless tasks, such as sweeping a spotlessly

23  clean floor over and over again.  The fact that members of the Sea Org, who take

24  vows of service for a billion years, may be required to perform physical labor and

25  menial and even humbling tasks, particularly as part of a period of rehabilitation or

26  discipline, comes as no surprise to any scholar of religion.

27       54.   The Headleys also claim that they were not permitted to sleep

28  sufficiently.  Even assuming the truth of these rather vague statements, those in the

6772863v1

1   monastic life, like the Cistercians and Trappists, often keep late night vigils,

2   sleeping as little as three or four hours a night. During these vigils, the monks do

3   ritual chanting and silent meditation. I lived this way for six years as a friar. During

4   my novitiate year, I rose during the night at 12:30 a.m., chanted psalms for one hour,

5   meditated for another hour, returned to bed, and rose for prayer again at 7:30 a.m.

6   for more chanting and morning Mass. It is standard practice for Trappists to rise at

7   3:15 a.m. communal prayer and meditation. Many monks and nuns undertake even

8   painful disciplines such as flagellation of the body on Fridays in commemoration of

9   the flagellation of Jesus before his crucifixion. Eastern yogis even go to the extent

10  of piercing the body with nails to demonstrate the mastery of the spirit over matter.

11  Besides these spiritual disciplines, the practices of the Church of Scientology pale in

12  comparison.

13      55.    A key element of the Headleys' complaints is that allegedly they were

14  subject to restraint of access to the outside world and placed under general

15  surveillance. Members of different religious orders are often "locked in" at night

16  and put under "surveillance" without being "imprisoned". Monasteries and

17  nunneries in the United States and throughout the world are locked at night.

18  Cloistered sections in nunneries of the Discalced Carmelites and Poor Clares are

19  even sealed off by secondary gates and barriers. When novices undergo training and

20  when errant monks and nuns are placed under restriction, they are closely

21  supervised, kept under constant surveillance and even restricted to certain parts of

22  the monastery itself. I experienced firsthand restriction and surveillance. The aim

23  of restriction is to cut off the religious person from the distractions of the world so

24  that they may attain spiritual light or reform errant ways.

25      56.    The Headleys also claim they were restrained from leaving the Sea Org

26  by the threat of being declared "suppressive persons". A church declaration that

27  someone is a "suppressive" is the Scientology way of formally stating that someone

28  is excommunicated and no longer enjoys the rights, privileges and protection of the

- 25 -

6772863v1

1   Church.  As noted above in paras. 14, 28, and 52, Scientology is not alone in

2   seeking to excommunicate members who are unwilling to undergo the

3   examinations, and ecclesiastical trials and procedures, and disciplines to regain full

4   standing as a Church member.  The Roman Catholic Church has a similar set of

5   procedures for schismatic, heretical or otherwise aberrant members which are

6   codified in the Code of Canon Law.  Many Pietist Brethren churches such as the

7   Amish and the Old Order Mennonites practice a form of ecclesiastical

8   excommunication called "banning" or "shunning".  Excommunicates are completely

9   cut off from the faith community and members are not allowed even to have

10  business dealings with the shunned party.  Furthermore, a spouse is prohibited from

11  cohabiting with a banned partner.

12       57.    The Headleys also complain that they were required to live a sparse

13  lifestyle and to work at subsistence wages.  I did not see any such conditions when I

14  was at the Gilman Hot Springs base, but even if there were sparse lifestyles, this

15  would be completely normal in most religious orders around the world.  Indeed, in

16  Scientology, Sea Org members, because of their greater commitment to the aims and

17  goals of the religion, have historically been expected to live a more abstemious life

18  than ordinary members.  Some Christian religious orders, generally known as

19  "monks" like the Benedictines and Cistercians, take vows of personal poverty, while

20  the monastery may own buildings for prayer, study and worship and lands for

21  tilling.  Other religious orders, generally known as "friars" such as the Franciscans

22  and Dominicans, take vows of absolute poverty, that is, they are not allowed to own

23  anything as individuals or as a group in imitation of Jesus who possessed nothing.

24  Friars have only the use of property; the real owner is the papacy.  A Trappist monk

25  lives in a bare cell, sleeps on a straw mattress with bare boards underneath, and

26  possesses two habits and a set of work clothes.  When I was a friar I performed

27  many useful tasks, including teaching philosophy, working as a librarian, running a

28  print shop, and doing outside buying for the friary.  For this labor I received

6772863v1

1  absolutely no wages other than room and board and the habit on my back.  I had no

2  money to go to movies, to shop outside for personal things, or to eat out on

3  occasion.  When I left the friary after six years I was given the sum of $500.00, a

4  plane ticket and a suit.  Compared to the practices of many other religious orders,

5  the lifestyle and monetary arrangements in the Church of Scientology are, if

6  anything, generous.

7       58.    The Headleys also claim that they were limited in their access to their

8  families, although they acknowledge frequent family visits.  First, it needs to be

9  noted that the Headleys freely joined the Sea Org in the first place and were never

10  asked to sever relations with family, friends or one another as a condition of

11  membership.  Even if that were the case, the fact of conflict between converts and

12  their natal families and even first spouses is as old as religion itself.  It was Jesus

13  himself who said: "For I have come to set a man against his father and a daughter

14  against her mother" (Matthew 10: 35); and "Whoever loves father and mother more

15  than me is not worthy of me; and whoever loves son or daughter  more than me is

16  not worthy of me" (Matthew 10:37).  The cost of discipleship can be very high.

17  Both St. Francis of Assisi and St. Thomas Aquinas, two of the most significant

18  figures and saints in Catholicism, were kidnapped by their families, who tried to

19  force them out of their way of life in their respective mendicant ("beggar") orders.

20  Separation from family is a normal practice in monastic life both for men and for

21  women.  Trappists, Carmelites, and Cistericians sometimes sever all ties with the

22  outside world, including phone calls, mail, and visits.  Hermits on Mt. Athos in

23  Greece live in complete solitude and often do not even associate with fellow monks

24  and hermits.  When I was a Franciscan and doing my novitiate year, I could not

25  speak with anyone outside the friary walls without explicit permission, I could

26  receive one letter a month from my parents only, my mail was subject to perusal by

27  the novice master and I was not allowed to attend the funeral of my grandfather.  In

28  First Corinthians 7: 15, the Apostle Paul recommends that a converted woman be

- 27 -

6772863v1

1  allowed to divorce and remarry in the faith if her first husband remains hostile to the

2  faith.  As noted above in para. 28, the Rule of St. Benedict threatens

3  excommunication to any brother who associates with another excommunicated

4  monk without the approval of the abbot lest such contact contaminate the brother's

5  spiritual life.  The Old Order Mennonites and Amish require a spouse to shun the

6  other if the latter has been put under the ban.  Siddartha Gautama  (ca. 563-483

7  B.C.E.),  known to us as the Buddha, felt compelled to abandon father and mother,

8  wife and children, and throne and dominion in order to pursue the path of

9  enlightenment as an ascetic.  The story of nearly every great conversion in religious

10  history contains a theme of separation from a prior lifestyle and ties to worldly

11  things, including family, that may retard or thwart spiritual progress.  In comparison,

12  the Headleys contacts with the outside world were moderate to liberal.

### IV.  CONCLUSION

14       59.    The discussion above should make one thing clear:  the communal life

15  and activities of the Sea Organization within the Church of Scientology fully

16  conform to the communal life and activities of traditional religious orders, East and

17  West, in the past and in the present.  As in Buddhism and Christianity, the religious

18  order of the Sea Organization serves to exemplarily preserve and promulgate the

19  teachings and technology discovered by L. Ron Hubbard.  The goal of the Sea

20  Organization is the spiritual survival not only of its own members and members of

21  the Church of Scientology but also humankind and the universe itself.  In that, the

22  Sea Organization is like the religious orders of the major religions of the world.

23       60.    If a personal observation may be permitted, I would like to comment

24  that when I have visited the Sea Organization berthings, communal life, and

25  activities in Los Angeles and at Gilman Hot Springs, I repeatedly was reminded of

26  my own days in a Franciscan monastery.  I studied, prayed and meditated with the

27  same intensity as I observed Scientologists studying, working and doing auditing.  I

28  lived in similar quarters and worked in similar settings, I worked in the monastery

6772863v1

1  book bindery, binding new and rebinding old editions of the Bible and theological

2  treatises. I produced holy cards and publications to advertise the work of the

3  monastery. There was one difference: Scientology and the Sea Organization avail

4  themselves of the latest forms of technology in carrying out their religious mission.

5  We forget that when the monasteries first arose they did the same thing. In availing

6  of this advanced technology the Church of Scientology is simply following the

7  pattern laid down by L. Ron Hubbard himself.

8      Sworn to under the penalties of perjury under the laws of California and

9  Missouri, this 29ᵗʰ day of January, 2010:

10

11

12                                    Frank K. Flinn

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29