JS 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CLAIRE HEADLEY, | ) | Case No.: CV 09-3987 (MANx) |
| Plaintiff, | ) | |
| vs. | ) | |
| CHURCH OF SCIENTOLOGY INTERNATIONAL and RELIGIOUS TECHNOLOGY CENTER, | ) | JUDGMENT |
| Defendants. | ) | |

After considering the parties' briefing, evidence, and oral arguments, the Court granted Defendants' motions for summary judgment on Plaintiff's claims. With the arguments having been presented and fully considered, the issues having been heard, and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that her claims be dismissed on their merits and with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 8/5/10

_____
Dale S. Fischer
United States District Judge