# UNITED STATES DISTRICT COURT
### Central District of California
### BILL OF COSTS (LOCAL RULE 54-4)

CLAIRE HEADLEY  
         V.  

CHURCH OF SCIENTOLOGY INTERNATIONAL,  
et al.

Case Number: CV-09-3987 DSF

Judgment having been entered in the above entitled action on August 5, 2010 against Claire Headley  
                                                      Date

the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Filing fees: see L.R. 54-4.1 | $ 350.00 |
| Fees for service of process: see L.R. 54-4.2 | $519.25 ~~5,304.58~~ |
| United States Marshal's fees: see L.R. 54-4.3 | |
| Clerk's fees: see L.R. 54-4.4 | |
| Report's transcripts: see L.R. 54-4.5 | |
| Depositions: see L.R. 54-4.6 | 48.00 |
| Witness fees (itemize on page 2): see L.R. 54-4.7 | |
| Interpreter's and translator's fees: see L.R. 54-4.8 | |
| Docket fees: see L.R. 54-4.9 | |
| Masters, commissioners and receivers: see L.R. 54-4.10 | 884.20 |
| Certification, exemplification and reproduction of documents: see L.R. 54-4.11 | |
| Premiums on bonds and undertakings: see L.R. 54-4.12 | |
| Other Costs: see L.R. 54-4.13 | 40.00 |
| State Court costs: see L.R. 54-4.14 | |
| Costs on appeal: see L.R. 54-5 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-6 | |

Other (please itemize)

TOTAL $ 1,841.45 ~~6,626.78~~

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:** Attach to the bill of costs an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☒ Electronic service by e-mail as set forth below and/or.  
☐ Conventional service by first class mail, postage prepaid as set forth below

s/ Attorney: /s/  
Name of Attorney: G. Samuel Cleaver  
Costs are taxed in the amount of $1,841.45

**TERRY NAFISI**  
Clerk of Court

By: /s/ Lydia Yurtchuk  
    Deputy Clerk

Date: 9/9/10

CV-59 (06/10)     BILL OF COSTS     Page 1 of 3